[No. 14312–3–I.   Division One.   September 22, 1986.]

ROBERT WAGNER, *Appellant,* v. BELLEVUE SCHOOL
DISTRICT No. 405, *Respondent.*

Appeal from judgments of the Superior Court for King
County, No. 83–2–11146–3, David C. Hunter and Jerome
M. Johnson, JJ., entered January 4 and February 3, 1984.
*Reversed* by unpublished opinion per Johnsen, J. Pro Tem.,
concurred in by Scholfield, C.J., and Swanson, J.

[No. 14737–4–I.   Division One.   September 22, 1986.]

RAWLAND F. TAPLETT, ET AL, *Respondents,* v. BHAG
SINGH KHELA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–09864–5, David C. Hunter, J., entered
December 15, 1983. *Affirmed in part* and *remanded* by
unpublished opinion per Utter, J. Pro Tem., concurred in
by Cole and Schumacher, JJ. Pro Tem.

[No. 15556–3–I.   Division One.   September 22, 1986.]

BERTRAM J. DU PONT, *Respondent,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Defendant,* THE
MUNICIPALITY OF METROPOLITAN
SEATTLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–09060–0, Warren Chan, J., entered Octo-
ber 8, 1984. *Affirmed* by unpublished opinion per Pekelis,
J., concurred in by Ringold, A.C.J., and Williams, J. Now
published at 46 Wn. App. 471.